FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2009 JUL 24 I A 10: 31

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

DAVID FOSTER POPE

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:05-cr-257-J-32HTS
USM NUMBER: 31191-018

**THE DEFENDANT:**

Defendant's Attorney: Maurice C. Grant, II

**X** admitted guilt to violation of charge numbers **One, Two, Three, Four, Five, Six and Seven (1, 2, 3, 4, 5, 6 & 7)** of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge No. | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct, Possession of Cocaine | March 19, 2009 |
| 2 | New conviction for conduct, Driving While License Suspended | February 27, 2009 |
| 3 | Failure to answer truthfully | April 9, 2009 |
| 4 | Positive urinalysis for cocaine | April 9, 2009 |
| 5 | Positive urinalysis for marijuana | April 9, 2009 |
| 6 | Positive urinalysis for cocaine | April 15, 2009 |
| 7 | Positive urinalysis for cocaine | May 5, 2009 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: July 23, 2009

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE
DATE: July 24, 2009

| | | |
|---|---|---|
| Defendant: | DAVID FOSTER POPE | Judgment - Page _2_ of _2_ |
| Case No.: | 3:05-cr-257-J-32HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWELVE (12) MONTHS.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

**_X_** The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_\_ at _____ a.m.    p.m. on _____.

    \_\_\_\_ as notified by the United States Marshal.

\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_\_ before 2 p.m. on _____.

    \_\_\_\_ as notified by the United States Marshal.

    \_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By _____
        DEPUTY UNITED STATES MARSHAL